Stephen M. Lobbin, Esq.
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
949-636-1391

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INTEGRATED TECHNOLOGY SOLUTIONS LLC, | | |
| Plaintiff, | | Case No. 5:21-cv-07416 |
| vs. | | DEMAND FOR JURY TRIAL |
| BANDAI NAMCO ENTERTAINMENT AMERICA INC., | | |
| Defendant. | | |

## ORIGINAL COMPLAINT

Pursuant to F.R.C.P. 15(a)(1)(B), Plaintiff INTEGRATED TECHNOLOGY SOLUTIONS, LLC ("Plaintiff" or "ITS") files this Original Complaint against BANDAI NAMCO ENTERTAINMENT AMERICA INC. ("Defendant" or "BANDAI NAMCO") for infringement of United States Patent No. 10,046,241 (hereinafter "the '241 Patent").

## PARTIES AND JURISDICTION

1.      This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes, 35 U.S.C. §§ 271, *et seq*.

3.      Plaintiff is a Wyoming limited liability company having an address of 1712 Pioneer Ave Ste 500 Cheyenne, WY 82001.

4.      On information and belief, Defendant is a California corporation having a principal place of business at 2051 Mission College Boulevard, Santa Clara, CA 95054.  On information and belief, Defendant may be served through its legal department at the same address or by its registered agent, "Corporation Service Company Which Will Do Business in California as CSC – Lawyers Incorporating Service," 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

5.      On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.      On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7.      Venue is proper in this District 28 U.S.C. §1400(b) because Defendant is deemed to reside in this District.  Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of

business in this District.

## BACKGROUND

8.    Plaintiff incorporates paragraphs 1 through 7 herein by reference.

**The Patent:**

9.    Plaintiff is the owner by assignment of the '241 Patent with sole rights to enforce the '241 Patent and sue infringers.

10.    A copy of the '241 Patent, titled "Output Production," is attached hereto as Exhibit A.

11.    The '241 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

12.    The invention is directed to a system whereby an analysis component of the system analyzes a data set to produce a production component which is then used to render output in a stored computer-readable medium.

13.    The invention may be manifested as an in-game modifier for racetrack videogames whereby evaluations of simulated environmental conditions change the performance of the track during game play.

**Advantage Over the Prior Art:**

14.    The patented invention disclosed in the '241 patent provides many advantages over the prior art and may be utilized to provide a gaming race simulation whereby a simulated track and interactions therewith are modified based in part upon prior player activity.

15.    Another advantage disclosed in the '241 patent is that the gaming race simulation modifies the simulated track and interactions therewith based in part upon simulated environmental factors.

16.    Yet another advantage disclosed in the '241 patent is that the gaming race simulation may utilize simulated environmental factors to effect modifications based upon prior player activity.

17.     Because of at least the above-described significant advantages that can be achieved through the use of the patented invention, Plaintiff believes that the '241 patent presents commercial value for entities such as Defendant.

**Technological Innovation:**

18.     The patented invention disclosed in the and '241 patent resolves technical problems related to computerized gaming simulations, particularly in systems providing a more realistic simulation. As the '241 patent explains, it was known in the art how one may typically play a simulation video game. ('241 patent at 1:12-19). Typically, a user would utilize a game controller to input various decisions and movement vectors into a game console which would then render the received directions and create an output display. The user could then compete in different scenarios and simulations, often against other players.

19.     Although these prior games were useful in providing entertainment and friendly competition to the users, the services were typically limited in what actions of a player could cause changes could occur in the game.   While simulations have become more and more realistic over time, there was still a particular limit in the level of detail in which changes could be calculated and implemented with a game environment.   As such, there a continued need for a gaming system or method to allow the user to experience a more realistic simulation.

20.     The invention described in the '241 patent offers an improved method for outputting game modifications within a simulation. ('241 patent at 1:23-36). The patented invention improved upon earlier services and methods of the prior art by providing a system, at least being partially hardware, having an identification component for a game play area, a check component to determine the effect of a player action, and a modification component to alter game play area for later use during the simulation.  In particular, the patented invention describes the invention

in the context of an automotive racing simulation whereby the identifying component identifies discrete sections of track, the check component determines effects players actions may have on the discrete sections of track, and the modification component changes the performance parameters of that discrete track section, usually by placing a tire remnant on the discrete track section.

21.    The invention described in the '241 patent further offers yet another improved method for outputting game modifications within a simulation. ('241 patent at 1:60 – 2:3). The still further improved embodiment of the invention also includes a temperature identifying component whereby the changes in the temperatures of each discrete track section are utilized to modify game performance based upon the temperature of each discrete track section.  Of particular note is the change in temperatures of different track sections may alter the determination component and will cause different results in the check component and the modification component.

22.    The claims of the '241 patent do not merely recite the performance of some business practice known from the pre-Internet world along with the requirement to perform it on the Internet. Instead, the claims of the '241 patent recite one or more inventive concepts that are rooted in computerized gaming simulations and overcome problems specifically arising in the realm of these technologies.

23.    The claims of the '241 patent recite an invention that is not merely the routine or conventional use of computerized navigation technology. Instead, the invention makes it possible to interact with a gaming simulation in a way that allows a user's actions, coupled with the simulated environment to alter the simulation itself. The claims of the '241 patent thus specify how input, output, and system devices are manipulated to yield a unique gaming simulation experience based on the actions of the user.

24.     The technology claimed in the '241 patent does not preempt all ways of using gaming simulation technology, nor preempt the use of any well-known gaming simulation technology, nor preempt any other well-known or prior art technology.

25.     The claims of the '241 patent are not directed to any "method of organizing human activity," "fundamental economic practice long prevalent in our system of commerce," nor are any of the claims "a building block of the modern economy."

26.     The claims of the '241 patent are directed toward a solution rooted in computer technology and uses technology, unique to computers and networks, to overcome a problem specifically arising in the realm of gaming simulations.

27.     The claims of the '241 patent are not directed at a mere mathematical relationship or formula.

28.     The claims of the '241 patent cannot be performed by a human, in the human mind, or by pen and paper.

29.     Accordingly, each claim of the '241 patent recites a combination of elements sufficient to ensure that the claim in practice amounts to significantly more than a patent on an ineligible concept.

## COUNT I

## (INFRINGEMENT OF UNITED STATES PATENT NO. 10,046,241)

30.     Plaintiff incorporates paragraphs 1 through 30 herein by reference.

31.     Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 15, of the '241 Patent by making, using, importing, selling, and/or offers for sale simulation software for the purpose of competitive racing covered by one or more claims of the '241 Patent. Defendant has infringed and continues to infringe the '241 Patent violation of 35 U.S.C. § 271, either directly, indirectly and/or by inducement.

32.   Defendant sells, offers to sell, and/or uses at least one simulation software product for the purpose of competitive racing including, without limitation, a temperature sensitive subroutine which modifies behavior of the simulation, any associated hardware and software, and any similar products (collectively, "Product"), which infringe at least Claim 15 of the '241 Patent.

33.   The Product provides a system that is at least partially hardware. Certain aspects of this element are illustrated in the screenshot below and/or those provided in connection with other allegations herein.



Source: https://www.projectcarsgame.com/two/explore/?lang=en-us



Source: https://www.projectcarsgame.com/two/pc2-online-racing/

/

/

> You are also now able to view the car and livery you first chose when you entered the lobby: based on the information gleaned from your competitors, you're now free to alter your car and livery in the car selection menu (in accordance to the specs for that individual server).

Source: https://www.projectcarsgame.com/two/pc2-online-racing/

> As the admin of the event, you can set the parameters remotely (using a dedicated server for PC-based racing: these parameters can also be set up in advance via data files, and can also be altered by the admin via a web interface) and save them. If you're in attendance, meanwhile, you'll have a few more options than the drivers. These option will enable you to tinker and change certain parameters in order to ensure a smooth online experience for all the drivers.

Source: https://www.projectcarsgame.com/two/pc2-online-racing/

34.     The Product includes an identification component to identify a change in a temperature of a racing surface in a racing video game. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.projectcarsgame.com/two/explore/?lang=en-us

Now that the cars and how they influence LiveTrack 3.0 has been discussed, let's take a look at how the weather does similar:

- The amount of sunlight, and the season of the year, will have a direct impact on the ambient and track temperatures. These will affect how quickly water builds up around the circuit in the case of gong from dry to wet conditions, and also how quickly water evaporates from the track surface when going from wet to dry. Clearer and hotter conditions will dry a track quicker and it will also take longer for water to build-up than what you can expect with overcast and cooler conditions

Source:https://www.projectcarsgame.com/two/blog/the_insiders_guide/episode-27-livetrack-3-0-weather-evolution/

Cars driving around the circuit also help to heat up the tarmac which will dramatically affect grip levels. The racing line is usually a little warmer than off the racing line, as friction generated by contact between tyre and track gets embedded into the track's surface. Places like braking zones turn-in points and traction zones see more heat build up because of the impact of higher loads from the tyres. The longer the break between cars passing, the more the track will cool again too

Source:https://www.projectcarsgame.com/two/blog/the_insiders_guide/episode-27-livetrack-3-0-weather-evolution/

It won't just be the rubber from the tyres that will change the roads surface. Slightly Mad have also confirmed that the game's lighting engine will also integrate with LiveTrack as well. The angle of the sun will effect the temperature of the road, which means that parts of the road that are covered in shade will be distinctly cooler that parts that are directly in sunlight. This will also effect the tracks grip which players will have to take into consideration.

Tyre temperatures will also come into effect as well, Slightly Mad have also stated that even the tyre pressure and the surrounding air temperature will contribute to grip levels. Engine performance, brakes, cooling and aerodynamics will also play their part in the LiveTrack system as well. This is a fully dynamic feature that goes a fair way to giving players the ultimate driving experience as well as making each race different from the last.

Just to give you an idea on how much LiveTrack 3.0 will effect the driving surface, here are a couple of videos demonstrating LiveTrack 3.0 in action.

Source: https://www.greenmangaming.com/blog/project-cars-2s-livetrack-3-0-system/

/

/

**WHAT'S LIVETRACK 3.0?**

LiveTrack 3.0 is all new for Project CARS 2. At its core, it's thousands of sensors on each track that detect weather-elements such as rain, snow, mud, dirt, etc., that come into contact with the track. These elements then alter the grip on the track, sensor by sensor, creating tracks that are living, organic places where the sun's rays can, for instance, warm and dry one section of the track whilst leaving another section sopping wet if it's in the shade. Similarly, rain water will drift downhill, resulting in lower-lying parts of the track accumulating water and ultimately, affecting grip.

Source: https://www.bandainamcoent.com/news/project-cars-2-faq

That has a serious impact on your race plans, of course, and given that LiveTrack 3.0 is fully dynamic, how the weather and the track evolve is entirely dependent on two main variables:

- The weather—hot or cold, dry or wet or variable, the weather plays a major role in the dynamic evolution of a track
- The cars on track—tyres coming into contact with the race surface also plays a major role in the dynamic evolution of the track, and this includes both the number of cars and the type of car on the track

Source: https://www.projectcarsgame.com/two/blog/the_insiders_guide/episode-27-livetrack-3-0-weather-evolution/

35.     The Product uses a determination component configured to determine an impact of the change in the temperature of the racing surface. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

/

/

/

/

# Livetrack 3.0

Dynamic time of day, seasonal, weather and road surface transitions affect vehicle performance, grip and handling in real-time. Full 24-hour cycle faithfully recreates the atmospheric conditions and ambience of a specific time of year.

Source: https://www.bandainamcoent.com/games/project-cars-2

## ALL WEATHER, ALL CONDITIONS

Race through all four seasons of grip-affecting, variable weather including snow and ice and where track temperatures, ambient temperatures, height above sea level, location, time of year, wind direction and speed, track gradients and more all ensure that your every race is a new, challenging experience. This is LiveTrack 3.0.

- Angle of the sun affects track temperature
- Fluid dynamics sees rain water run down hills and accumulate in puddles
- Every turn of every track will vary in grip from lap-to-lap and race-to-race ensuring a fun time every time

Source: https://www.projectcarsgame.com/two/explore/?lang=en-us

/

Now that the cars and how they influence LiveTrack 3.0 has been discussed, let's take a look at how the weather does similar:

- The amount of sunlight, and the season of the year, will have a direct impact on the ambient and track temperatures. These will affect how quickly water builds up around the circuit in the case of gong from dry to wet conditions, and also how quickly water evaporates from the track surface when going from wet to dry. Clearer and hotter conditions will dry a track quicker and it will also take longer for water to build-up than what you can expect with overcast and cooler conditions

Source:https://www.projectcarsgame.com/two/blog/the_insiders_guide/episode-27-livetrack-3-0-weather-evolution/

That has a serious impact on your race plans, of course, and given that LiveTrack 3.0 is fully dynamic, how the weather and the track evolve is entirely dependent on two main variables:

- The weather—hot or cold, dry or wet or variable, the weather plays a major role in the dynamic evolution of a track
- The cars on track—tyres coming into contact with the race surface also plays a major role in the dynamic evolution of the track, and this includes both the number of cars and the type of car on the track

Source:https://www.projectcarsgame.com/two/blog/the_insiders_guide/episode-27-livetrack-3-0-weather-evolution/

Cars driving around the circuit also help to heat up the tarmac which will dramatically affect grip levels. The racing line is usually a little warmer than off the racing line, as friction generated by contact between tyre and track gets embedded into the track's surface. Places like braking zones turn-in points and traction zones see more heat build up because of the impact of higher loads from the tyres. The longer the break between cars passing, the more the track will cool again too

Source:https://www.projectcarsgame.com/two/blog/the_insiders_guide/episode-27-livetrack-3-0-weather-evolution/

/

/

/

Live your racing dreams on over 140 stunning tracks in 60 exactingly-created locations around the world. Each track is a living, organic venue that will challenge you in new and unique ways with every visit, lap by lap, corner by corner.

- Dynamic driving line
- Dynamic time of day
- Surfaces that are continuously rubbered-in throughout a race weekend

Source: https://www.projectcarsgame.com/two/explore/?lang=en-us

36.     The Product comprises a modification component configured to make an alteration to the racing surface in accordance with the impact of the change in the temperature. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

It won't just be the rubber from the tyres that will change the roads surface. Slightly Mad have also confirmed that the game's lighting engine will also integrate with LiveTrack as well. The angle of the sun will effect the temperature of the road, which means that parts of the road that are covered in shade will be distinctly cooler that parts that are directly in sunlight. This will also effect the tracks grip which players will have to take into consideration.

Tyre temperatures will also come into effect as well, Slightly Mad have also stated that even the tyre pressure and the surrounding air temperature will contribute to grip levels. Engine performance, brakes, cooling and aerodynamics will also play their part in the LiveTrack system as well. This is a fully dynamic feature that goes a fair way to giving players the ultimate driving experience as well as making each race different from the last.

Source:     https://www.greenmangaming.com/blog/project-cars-2s-livetrack-3-0-system/

With 4 seasons of weather, day-and-night transitions, ice, snow, mist, wind, rain and more affecting grip corner-by-corner on groundbreaking "living" tracks, these 60 tracks in Project CARS 2 express the authenticity and beauty of motorsport that is at the heart of the Project CARS franchise.

Source: https://www.projectcarsgame.com/two/the-tracks/

/

# Livetrack 3.0

Dynamic time of day, seasonal, weather and road surface transitions affect vehicle performance, grip and handling in real-time. Full 24-hour cycle faithfully recreates the atmospheric conditions and ambience of a specific time of year.

Source: https://www.bandainamcoent.com/games/project-cars-2

Cars driving around the circuit also help to heat up the tarmac which will dramatically affect grip levels. The racing line is usually a little warmer than off the racing line, as friction generated by contact between tyre and track gets embedded into the track's surface. Places like braking zones turn-in points and traction zones see more heat build up because of the impact of higher loads from the tyres. The longer the break between cars passing, the more the track will cool again too

Source: https://www.projectcarsgame.com/two/blog/the_insiders_guide/episode-27-livetrack-3-0-weather-evolution/

## WHAT'S LIVETRACK 3.0?

LiveTrack 3.0 is all new for Project CARS 2. At its core, it's thousands of sensors on each track that detect weather-elements such as rain, snow, mud, dirt, etc., that come into contact with the track. These elements then alter the grip on the track, sensor by sensor, creating tracks that are living, organic places where the sun's rays can, for instance, warm and dry one section of the track whilst leaving another section sopping wet if it's in the shade. Similarly, rain water will drift downhill, resulting in lower-lying parts of the track accumulating water and ultimately, affecting grip.

Source: https://www.bandainamcoent.com/news/project-cars-2-faq

37.    The alteration influences performance of a vehicle in the racing video game.   Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.bandainamcoent.com/games/project-cars-2



Source: https://store.steampowered.com/app/378860/Project_CARS_2/

38.    Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

39.    Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

40.    Plaintiff is in compliance with 35 U.S.C. § 287.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a)    Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)    Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 10,046,241 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c)    Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)    Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)    Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: September 23, 2021                    Respectfully submitted,

                                             /s/ Stephen M. Lobbin
                                             Attorneys for Plaintiff