Stephen M. Lobbin, Esq.
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
949-636-1391

Attorneys for Plaintiff, INTEGRATED TECHNOLOGY SOLUTIONS, LLC

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| INTEGRATED TECHNOLOGY SOLUTIONS LLC, Plaintiff, vs. BANDAI NAMCO ENTERTAINMENT AMERICA INC. Defendant | CASE NO. 5:21-cv-07416 **CORPORATE DISCLOSURE OF PLAINTIFF INTEGRATED TECHNOLOGY SOLUTIONS LLC** |
|---|---|

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for INTEGRATED TECHNOLOGY SOLUTIONS LLC, a private non-governmental property, certifies that the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case are below:
Patent Asset Management.

Dated: September 23, 2021          Respectfully submitted,

                                   /s/ Stephen M. Lobbin
                                   Attorneys for Plaintiff