Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
**SML AVVOCATI P.C.**
888 Prospect Street, Suite 200
La Jolla, CA 92037
Tel:   949.636.1391

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Integrated Technology Solutions LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **Bandai Namco Entertainment America, Inc.**, <br><br> Defendant. | Case No. 3:21-cv-07416-WHO <br><br> **NOTICE OF DISMISSAL** |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action, without prejudice.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  December 1, 2021 | **SML Avvocati P.C.** |
|  | By:   /s/ Stephen M. Lobbin <br> Attorneys for Plaintiff |

## **PROOF OF SERVICE**

I hereby certify that on December 1, 2021, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and copies have been served via e-mail on those indicated as non-registered participants, and via e-mail.

Dated:  December 1, 2021             /s/ Stephen M. Lobbin